IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 NOV 15 AM 11: 14

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR 348 |
| vs. | INDICTMENT |
| DANIEL KINNISON, | 26 U.S.C. § 7201 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about, during and between, February 8, 2009, through February 23, 2016, the defendant, DANIEL KINNISON, a resident of Nebraska, did willfully attempt to evade and defeat the payment of a large part of the income tax due and owing by him to the United States of America for the calendar years 2002 through 2005 in the approximate amount of $301,778.00, by taking affirmative acts of evasion at times material to this Indictment, which included but were not limited to, the following:

ACT OF EVASION #1

Concealing and attempting to conceal from the Internal Revenue Service the nature and extent of his assets, to include, the consideration-free transfer of real estate owned by the defendant to his son in order to keep the Internal Revenue Service from placing a lien on or seizing the real estate.

ACT OF EVASION #2

Concealing and attempting to conceal from the Internal Revenue Service the nature and extent of his income, in that, the defendant used his wife and his wife's business as nominees to conceal his income from the Internal Revenue Service by causing his income from Company "A"

and Company "B" to be funneled into both his wife's business and her business bank accounts all in an effort to conceal and attempt to conceal his income from the Internal Revenue Service.

ACT OF EVASION #3

Making false statements to agents of the Internal Revenue Service, in that, on or about February 23, 2016, the defendant told Internal Revenue Service agents that he had no income-generating employment from 2009 to the present, when in truth and in fact as he well knew, he had received income from Company "A" and Company "B".

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: _____
RUSSELL X. MAYER, NY #1726124
Assistant U.S. Attorney

2